**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re : Chapter 13

:

Susan M. Woolbert

:

Debtor : Bankruptcy No. 22-11656

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to

timely file the documents required by the order dated 06/24/2022, this case

is hereby DISMISSED.

**Date: July 13, 2022**

_____

Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Matrix List of Creditors
SSN Form 121
Proper Form of Petition
Pro-se Statement
Chapter 13 Plan

bfmisdoc