UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                                          Chapter 13

   Susan M Woolbert,
                                                        Bky. No. 22-11656-AMC
                        Debtor

# O R D E R

AND NOW, upon consideration of the *Pro-se Debtor's Motion for Reconsideration of Dismissal of Case* ("the Motion") and the Movant's request for an expedited hearing thereon, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **DENIED**.

2. A **telephonic** hearing on the Motion is **SCHEDULED** on **August 23, 2022, at 11:00 a.m.** in the United States Bankruptcy Court.  **Parties are to Dial: 877-873-8017 Access Code 3027681#** .

Date:  July 25, 2022

                                               ASHELY M. CHAN
                                               U.S. BANKRUPTCY JUDGE